PROB 12B
(7/93)

Report Date: February 22, 2007

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 26 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Sean J. Rushing    Case Number: 2:01CR00166-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 3/14/2002    Type of Supervision: Supervised release

Original Offense: Possession with Intent to Distribute Over 5 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1)    Date Supervision Commenced: 02/16/2007

Original Sentence: Prison - 70 Months; TSR - 48 Months    Date Supervision Expires: 02/15/2011

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the undersigned officer is requesting the above modification with the offender's consent.

Respectfully submitted,

by  *[signature]*

Matthew L. Thompson
U.S. Probation Officer
Date: February 22, 2007

Prob 12B
**Re: Rushing, Sean J.**
**February 22, 2007**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Feb. 23, 2007
Date

Case 2:01-cr-00166-RHW    Document 21    Filed 02/26/07

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

  I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
    Matthew L. Thompson      Sean J. Rushing
    U.S. Probation Officer      Probationer or Supervised Releasee

     February 22, 2007
       Date